SCPW-16-0000143

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

ALAN IWASAKI, Petitioner,

vs.

NELSON SAKAMOTO, EXECUTIVE DIRECTOR OF HUMAN RESOURCES, RESEARCH
CORPORATION OF THE UNIVERSITY OF HAWAIʻI, Respondent.

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, J.J.)

Upon consideration of petitioner Alan Iwasaki's
petition for writ of mandamus, the documents attached thereto and
submitted in support thereof, and the record, it appears that
petitioner is not entitled to the requested extraordinary relief.
See Kema v. Gaddis, 91 Hawaiʻi 200, 204-05, 982 P.2d 334, 338-39
(1999) (a writ of mandamus is an extraordinary remedy that will
not issue unless the petitioner demonstrates a clear and
indisputable right to relief and a lack of alternative means to
redress adequately the alleged wrong or obtain the requested
action); Barnett v. Broderick, 84 Hawaiʻi 109, 111, 929 P.2d
1359, 1361 (1996) (with respect to a public official, mandamus
relief is available to compel an official to perform a duty

allegedly owed to an individual only if the individual's claim is clear and certain, the official's duty is ministerial and so plainly prescribed as to be free from doubt, and no other remedy is available); <u>Salling v. Moon</u>, 76 Hawaiʻi 273, 274 n.3, 874 P.2d 1098, 1099 n.3 (1994) ("A duty is ministerial where the law prescribes and defines the duty to be performed with such precision and certainty as to leave nothing to the exercise of discretion and judgment.").  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, June 23, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson